Lewis E. MELAHN, as Successor to Henry Edmiston, et al., as Director of the Missouri Department of Insurance and Domiciliary Receiver for Medallion Insurance Company and Missouri General Insurance Company, Respondent,

v.

**Robert E. LAWRIE, Appellant.**

**No. WD 45023.**

Missouri Court of Appeals,
Western District.

July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Troy L. Daugherty, Kansas City, for appellant.

John C. Craft, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal by insurance agent from judgment, in favor of receiver of insolvent insurance companies in liquidation, for earned and unearned premiums on agent-

---

**542**

placed insurance policies, for refund of commissions on unearned premiums, and for balance owing on promissory note from insurance agent to insurance company.

Judgment affirmed. Rule 84.16(b).